454 A.2d 154

Commonwealth v. Nielson, Appellant.

Submitted

April 29, 1981. Denise L. Jones, for appellant; Michael Veshecco, District Attorney, for Commonwealth, appellee.

Before CERCONE, P.J., BROSKY and HOFFMAN, JJ.

Order affirmed.